**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) **CRIMINAL NO. 20-CR-30022-MGM** |
| **LAMIEK WHITE** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

## <u>DEFENDANT'S MOTION TO FILE EXHIBITS TO MOTION TO SUPPRESS WIRETAP AND FRUITS OF WIRETAP UNDER SEAL</u>

Now comes the counsel for the defendant, Lamiek White, who moves this Honorable Court, for an order allowing him to file Exhibits A though D to the Motion to Suppress Wiretap and Fruits of Wiretap under seal.

As grounds therefore, counsel for the defendant states that Exhibits A through D contain information related to Title III warrant applications which have been ordered sealed by the Court.

Respectfully submitted,

LAMIEK WHITE

/s/ *William J. O'Neil*
WILLIAM J. O'NEIL
Attorney for the Defendant
280 North Main Street, Suite 6
East Longmeadow, MA 01028
(413) 224-2694
BBO#:548445

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


December 23, 2024                    /s/ *William J. O' Neil*

                                         William J. O'Neil